## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA ANDEL,** | ) |
| | ) |
| **Plaintiff.** | ) **Case No.:  2:19-cv-05103** |
| | ) |
| **v.** | ) |
| | ) |
| **KOHLS DEPARTMENT STORES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal

with prejudice and without cost to either party.

Dated: October 15, 2020

/s/ Patrick D. Doran                            /s/ Amy L. Bennecoff Ginsburg

Patrick D. Doran, Esq.                          Amy L. Bennecoff Ginsburg, Esq.
Mark Pfeiffer, Esq.                             Kimmel & Silverman, P.C.
Buchanan Ingersoll & Rooney PC                  30 East Butler Pike
Two Liberty Place                               Ambler, PA 19002
50 S. 16th Street, Suite 3200                   Phone: 215-540-8888
Philadelphia, PA 19102                          Email: teamkimmel@creditlaw.com
Phone: (215) 665-8700
Email: patrick.doran@bipc.com                   *Attorney for Plaintiff*
     mark.pfeiffer@bipc.com                  *Barbara Andel*


Bridget Polloway, Esq.
(admitted *pro hac vice*)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Phone: (973) 903-5900
Email: bpolloway@kelleydrye.com

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

BY THE COURT:

_____
Hon. Cynthia M. Rufe, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Patrick D. Doran, Esq.
Mark Pfeiffer, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Email: patrick.doran@bipc.com
mark.pfeiffer@bipc.com

Bridget M. Polloway, Esquire
Kelley Drye & Warren, LLP
1 Jefferson Road
Parsippany, NJ 07054
bpolloway@kelleydrye.com
Attorney for Defendant

Dated: October 15, 2020                         By: /s/ Amy L. Bennecoff Ginsburg
                                                Amy L. Bennecoff Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002

Tel: 215-540-8888
Fax: 215-540-8817

                                                Email: teamkimmel@creditlaw.com
                                                Attorney for Plaintiff