**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARBARA ANDEL,** | ) | |
| | ) | |
| **Plaintiff.** | ) | **Case No.:  2:19-cv-05103** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KOHLS DEPARTMENT STORES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

Dated: October 15, 2020

<u>/s/ Patrick D. Doran</u>       <u>/s/ Amy L. Bennecoff Ginsburg</u>
Patrick D. Doran, Esq.             Amy L. Bennecoff Ginsburg, Esq.
Mark Pfeiffer, Esq.                  Kimmel & Silverman, P.C.
Buchanan Ingersoll & Rooney PC     30 East Butler Pike
Two Liberty Place                  Ambler, PA 19002
50 S. 16th Street, Suite 3200        Phone: 215-540-8888
Philadelphia, PA 19102           Email: teamkimmel@creditlaw.com
Phone: (215) 665-8700
Email: patrick.doran@bipc.com
        mark.pfeiffer@bipc.com       *Attorney for Plaintiff*
                                  *Barbara Andel*

Bridget Polloway, Esq.
(admitted *pro hac vice*)
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Phone: (973) 903-5900
Email: bpolloway@kelleydrye.com

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

BY THE COURT:

/s/ Cynthia M. Rufe

_____
Hon. Cynthia M. Rufe, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Patrick D. Doran, Esq.
Mark Pfeiffer, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Email: patrick.doran@bipc.com
mark.pfeiffer@bipc.com


Bridget M. Polloway, Esquire
Kelley Drye & Warren, LLP
1 Jefferson Road
Parsippany, NJ 07054
bpolloway@kelleydrye.com
Attorney for Defendant


Dated: October 15, 2020          By: /s/ Amy L. Bennecoff Ginsburg
                                 Amy L. Bennecoff Ginsburg, Esq.
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
        Tel: 215-540-8888
        Fax: 215-540-8817

                                 Email: teamkimmel@creditlaw.com
                                 Attorney for Plaintiff